## 30504. WASHINGTON v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 6, 1976 —
REHEARING DENIED FEBRUARY 2, 1976.

Mayson Washington, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 30614. BOWEN v. BALKCOM.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED FEBRUARY 11, 1976 —
REHEARING DENIED MARCH 2, 1976.

Alfred J. Bowen, *pro se, Frank B. Lanneau, III,* for appellant.

*Arthur K. Bolton, Attorney General, John W. Dunsmore, Jr., Assistant Attorney General,* for appellee.